UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARGARET WOLFINBARGER,            ) | |
|             ) | |
|         Plaintiff,            ) | |
|             ) | |
| vs.            ) | Civil Action No. 4:08cv00278 FRB |
|             ) | |
| HARRISON ROSS BYCK, ESQ., P.C.,   ) | |
|             ) | |
|         Defendant.            ) | |

**JOINT STIPULATION FOR DISMISSAL**

The Parties hereby agree to dismiss the action herein with prejudice, all matters having been compromised or settled that were alleged or could have been alleged.

Parties are responsible for their own costs.

                                        Respectfully submitted,

                                        /s/  Debra K. Lumpkins\
                                        Debra K. Lumpkins, E.D.Mo. # 502756\
                                        Gateway Legal Services, Inc.\
                                        Attorneys for Plaintiff\
                                        200 N. Broadway, Suite 950\
                                        St. Louis, MO 63102\
                                        (314) 534-0404; Fax: (314) 652-8308\
                                        dlumpkins@gatewaylegal.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation for Dismissal was filed electronically via the Court's ECF system this 12th day of September, 2008, to be served upon all parties of record.

                                        /s/ Debra K. Lumpkins\
                                        Debra K. Lumpkins