UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARGARET WOLFINBARGER,        )
                              )
            Plaintiff,        )
                              )
      v.                      )    No.  4:08CV278 FRB
                              )
HARRISON ROSS BYCK, ESQ, P.C.,)
                              )
            Defendant.        )

### ORDER

In accordance with the parties' Joint Stipulation for Dismissal (Docket No. 24),

**IT IS HEREBY ORDERED** that this cause is hereby dismissed with prejudice.  Each party to bear their own costs.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this  _15th_  day of September, 2008.